UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID JOHN SLOUGH,

      Plaintiff,

                                          Case No. 1:26-cv-1015

v.

                                          HON. JANE M. BECKERING

CHARLEVOIX COUNTY SHERIFF'S
OFFICE, et al.,

      Defendants.
_____/

## <u>ORDER</u>

Plaintiff, a *pro se* litigant, filed this action against nine Defendants on March 27, 2026. Less than a month later, Plaintiff filed a Motion for Preliminary Injunction (ECF No. 8). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 10) on April 30, 2026, recommending that this Court deny Plaintiff's motion. The Report and Recommendation was duly served on the parties that have appeared to date. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 10) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 8) is DENIED.

Dated: May 21, 2026                             /s/ Jane M. Beckering
                                           JANE M. BECKERING
                                           United States District Judge